JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT JAMES OSSAWA WOOD,    )    Case No. CV 19-10102-RSWL (JEM)
                            )
            Petitioner,      )
                            )    **J U D G M E N T**
        v.                   )
                            )
NEIL MCDOWELL,               )
                            )
            Respondent.      )
_____ )

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.


DATED: August 27, 2020                    s/ RONALD S.W. LEW

                                       RONALD S.W. LEW
                                    UNITED STATES DISTRICT JUDGE